## ORDER

PER CURIAM.

Plaintiff landowner appeals the judgment of trial court in defendants' favor in an unlawful detainer case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

## ORDER

PER CURIAM.

Michael Duncan appeals from his conviction by jury of receiving stolen property, § 570.080, RSMo 1994, and possession or sale of equipment with altered identification numbers, § 301.390, RSMo 1994. He was sentenced to consecutive terms of three years imprisonment for receiving stolen property and two years imprisonment for possession or sale of equipment with altered identification numbers.

The judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Michael W. DUNCAN, Appellant.

No. WD 53934.

Missouri Court of Appeals,
Western District.

April 14, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1998.

Todd Moulder, Hensley & Hensley, Raymore, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

JEFFERSON ASSOCIATES LIMITED PARTNERSHIP, Appellant,

v.

STATE TAX COMMISSION,
et al., Respondents.

No. 72279.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 14, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 4, 1998.

Timothy J. Tryniecki, Jeffery T. McPherson, Armstrong, Teasdale, Schlafly & Davis, St. Louis, for appellant.

John A. Ross, County Counselor, Dennis C. Affolter, Edward D. Corrigan, Asst. County Counselors, Clayton, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.